IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PYRO SPECTACULARS NORTH, INC. et al.,

        Plaintiffs,                    No. CIV S-12-0299 GGH

  v.

STEVEN SOUZA,

        Defendant.                   ORDER
_____/

        On February 16, 2012, PSI filed an application for an order to amend the court's previous expedited discovery order which came on for hearing on February 23, 2012. (Dkt. No. 23.) Defendant did not file a written opposition. At the hearing, Jennifer Holly appeared on behalf of PSI and Susan Sheridan and Heather Messenger appeared on behalf of defendant. After considering the papers filed in support of the application and in light of discussions with counsel on the record at the hearing, IT IS HEREBY ORDERED THAT:

        1. PSI's application to amend the expedited discovery order (dkt. no. 23) is granted in part on the specific terms outlined in this order.

        2. The parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are due February 28, 2012.

3. Defendant's deposition shall be noticed for any remaining date in February mutually agreed on by counsel, and defendant's counsel shall make defendant available for deposition on the agreed-upon date. PSI shall serve the deposition notice no later than Friday February 24, 2012. The deposition notice may include requests for production of documents or other items (including, without limitation, paper documents, electronic documents, CDs, DVDs, electronic storage media, etc.) related to PSI[1] or any other pyrotechnics business information in his actual or constructive possession.[2]

4. In light of the imminent February 28, 2012 deadline for initial disclosures, the court will exercise its discretion and allow both parties to instantly commence other regular discovery, including any third-party discovery, upon appropriate notice under the Federal Rules of Civil Procedure. This includes any third-party discovery the parties intend to conduct in Iowa.

5. Any motion for a preliminary injunction shall be filed no later than March 5, 2012 and noticed for hearing on March 15, 2012 at 1:30 p.m. in Courtroom 9 before the undersigned. Any opposition shall be filed by March 12, 2012. Any reply shall be filed no later than March 14, 2012 at 12:00 p.m.

6. PSI's request for an in-court examination of defendant is denied without prejudice.

\\\\\
\\\\\
\\\\\
\\\\\

---

[1] This includes, without limitation, PSI customers, vendors, pyrotechnic operators, surveys, contracts, plans, budgets, pricing, etc.

[2] For purposes of clarity, documents or items need not "belong" to defendant to be in defendant's actual or constructive possession. All documents/items in defendant's actual possession as well as documents/items over which he has control, i.e., which he has a right to seek and receive for his own use upon request, may be sought, regardless of whether he is the actual owner of these documents/items.

7. All deadlines, hearings, and conferences previously set by the court will remain the same unless modified by this order.

DATED: February 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Pyro.299.exp.disc2.oah.wpd