IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PYRO SPECTACULARS
NORTH, INC. et al.,

        Plaintiffs,                No. 2:12-cv-0299 GGH

    v.

STEVEN SOUZA, et al.

        Defendants.        <u>ORDER</u>
_____/

        On May 30, 2012, defendants J&M Displays, Hi-Tech FX LLC, Mark Johnson, and Brian Panther filed a request to inspect the documents that defendant Souza filed with the court in compliance with the court's March 16, 2012 order. (<u>See</u> Dkt. No. 118.) That order stated, in part, that:

> No later than March 21, 2012, defendant Steven Souza shall deliver to chambers all copies of any PSI documents, databases, and information in his or his wife's actual or constructive possession, as well as copies of any PSI documents, databases, and information that were distributed to his new employers Hi-Tech FX, LLC and J&M Displays, that have not already been returned to PSI. Thereafter, any copies or remnants of copies in the actual or constructive possession of the above persons/entities that have already been returned to PSI shall be completely and permanently destroyed.

1

1  (See Dkt. No. 92 at 2-3.)  Given that these documents relate to PSI databases and information
2  that are relevant to the claims in this litigation and that these defendants have all executed the
3  stipulated protective order filed on February 15, 2012 (dkt. nos. 22, 112, 117), the request will be
4  granted along the terms outlined below.
5            Accordingly, IT IS HEREBY ORDERED THAT:
6            1.  Defendants J&M Displays, Hi-Tech FX LLC, Mark Johnson, and Brian
7  Panther's counsel's request to inspect documents that defendant Souza filed with the court in
8  compliance with the court's March 16, 2012 order (dkt. no. 118) is GRANTED.
9            2.  Defendants' counsel shall be permitted to inspect and copy the documents at
10 the courthouse and retain a copy of such documents for their files, to be used only along the
11 terms of the stipulated protective order.  If PSI desires to designate these documents, or portions
12 of these documents, as confidential or highly confidential pursuant to the stipulated protective
13 order, PSI shall advise defendants' counsel of such designations within fourteen (14) days of this
14 order.  All documents shall be treated as highly confidential pursuant to the stipulated protective
15 order until expiration of this fourteen-day period or PSI's designation of the documents,
16 whichever occurs first.
17           3.  Defendants' counsel shall contact chambers to arrange a mutually convenient
18 time for the inspection.
19 DATED: May 31, 2012

                                /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Pyro.299.inspect.wpd