KURT A. KAPPES, SBN 146374
JENNIFER M. HOLLY, SBN 263705
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: kappesk@gtlaw.com
Email: hollyj@gtlaw.com

Attorneys for Plaintiffs,
PYRO SPECTACULARS, INC.; PYRO SPECTACULARS NORTH, INC.; and PYRO EVENTS, INC.

ADDITIONAL COUNSEL LISTED ON SIGNATURE BLOCK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PYRO SPECTACULARS, INC.; PYRO SPECTACULARS NORTH, INC.; and PYRO EVENTS, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STEVEN SOUZA; J&M DISPLAYS, INC.; HI-TECH FX, LLC; MARK JOHNSON; and BRIAN PANTHER,**<br><br>Defendants. | Case No. 2:12-CV-00299-GGH<br><br>**STIPULATION TO REQUEST CONTINUANCE OF CASE MANAGEMENT DEADLINES AND ORDER** |

Plaintiffs PYRO SPECTACULARS, INC., PYRO SPECTACULARS NORTH, INC., and PYRO EVENTS, INC. (collectively "Plaintiffs"); Defendants J&M DISPLAYS, INC., HI-TECH FX, LLC, MARK JOHNSON, and BRIAN PANTHER (collectively the "Iowa Defendants"); and Defendant STEVEN SOUZA through their respective counsel stipulate as follows:

## STIPULATION

The parties engaged a private mediator at JAMS, participated in mediation and have reached a tentative settlement of all claims in this case. The parties are in the process of preparing documentation to finalize the tentative settlement and do not want to incur any unnecessary costs, including the taking of discovery for and preparation of expert witness disclosures that are due on September 6, 2012. Accordingly, the parties respectfully request that the Court continue certain of the deadlines in the Status (Pretrial Scheduling) Order, dated March 16, 2012, document 93, by an additional 30 calendar days, as follows:

All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be completed by February 18, 2013.

All discovery is left open, save and except that it shall be so conducted as to be completed by December 31, 2012.

Discovery motions are to be noticed so that such motions will be heard by December 15, 2012.

Expert designations are due October 8, 2012. Rebuttal designations are due October 29, 2012.

The parties agree that they will submit a joint report to the Court on or before September 5, 2012 to advise the Court of the status of finalizing the tentative settlement. The joint report will not exceed three (3) pages.

The parties further agree that they will not serve any discovery or motions between the date of this stipulation and September 6, 2012.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated: August 13, 2012        GREENBERG TAURIG, LLP

By: /s/ Jennifer M. Holly
    KURT A. KAPPES
    JENNIFER M. HOLLY
    Attorneys for Plaintiffs
    PYRO SPECTACULARS, INC.; PYRO SPECTACULARS NORTH, INC.; and PYRO EVENTS, INC.

Dated: August 13, 2012        MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Michael R. O'Neil
    DENNIS R. MURPHY
    MICHAEL R. O'NEIL
    PETER A. AUSTIN
    Attorneys for Defendants
    J&M DISPLAYS, INC.; HI-TECH FX, LLC; MARK JOHNSON; and BRIAN PANTHER

Dated: August 13, 2012        SHERIDAN LAW CORPORATION

By: /s/ Susan J. Sheridan
    SUSAN J. SHERIDAN
    HEATHER R. MESSENGER
    Attorneys for Defendant
    STEVEN SOUZA

3

**ORDER**

Based upon the stipulation and request of the parties, IT IS SO ORDERED.

All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be completed by February 18, 2013.

All discovery is left open, save and except that it shall be so conducted as to be completed by December 31, 2012.

Discovery motions are to be noticed so that such motions will be heard by December 15, 2012.

Expert designations are due October 8, 2012. Rebuttal designations are due October 29, 2012.

The parties are advised that, in addition to the above deadlines, motions shall be noticed for hearing on the court's regular motion calendar in accordance with the Local Rules.

The parties shall submit a joint report to the Court on or before September 5, 2012 to advise the Court of the status of finalizing the tentative settlement. The joint report shall not exceed three (3) pages.

The parties shall not serve any discovery or motions between the date of this stipulation and September 6, 2012.

Dated:      August_14, 2012          /s/ Gregory G. Hollows
                                     GREGORY G. HOLLOWS
                                     United States Magistrate Judge