DENNIS R. MURPHY, SBN 051215
MICHAEL R. O'NEIL, SBN 155134
PETER A. AUSTIN, SBN 252067
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: dmurphy@murphyaustin.com
Email: moneil@murphyaustin.com
Email: paustin@murphyaustin.com

Attorneys for Defendants
J&M DISPLAYS, INC.; HI-TECH FX LLC; MARK JOHNSON; and BRIAN PANTHER

KURT A. KAPPES, SBN 146374
JENNIFER M. HOLLY, SBN 263705
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: kappesk@gtlaw.com
Email: hollyj@gtlaw.com

Attorneys for Plaintiffs
PYRO SPECTACULARS, INC.; PYRO SPECTACULARS NORTH, INC.; and PYRO EVENTS, INC.

SUSAN J. SHERIDAN, SBN 108851
HEATHER R. MESSENGER, SBN 240442
SHERIDAN LAW CORPORATION
655 University Avenue, Suite 110
Sacramento, California  95825-6746
Telephone: (916) 488-5388
Facsimile: (916) 488-5387
Email: ssheridan@sheridanlawcorp.com

Attorneys for Defendant
STEVEN SOUZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYRO SPECTACULARS, INC.; PYRO SPECTACULARS NORTH, INC.; and PYRO EVENTS, INC.,<br><br>Plaintiffs,<br><br>v. | Case No.  2:12-CV-00299-GGH<br><br>**STIPULATION AND ORDER TO VACATE ALL CASE MANAGEMENT DEADLINES AND THE TRIAL DATE** |

- 1 -

4194.001-1311821.2

STIPULATION AND [PROPOSED] ORDER TO VACATE ALL CASE MANAGEMENT DEADLINES AND THE TRIAL DATE 2:12-CV-00299-GGH

STEVEN SOUZA; J&M DISPLAYS, INC.; HI-TECH FX LLC; MARK JOHNSON; and BRIAN PANTHER,

    Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs PYRO SPECTACULARS, INC., PYRO SPECTACULARS NORTH, INC., and PYRO EVENTS, INC. (collectively "Plaintiffs"), on the one hand, and Defendants J&M DISPLAYS, INC. ("J&M"), HI-TECH FX LLC ("Hi-Tech"), BRIAN PANTHER ("Panther"), MARK JOHNSON ("Johnson"), and STEVEN SOUZA ("Souza") (collectively "Defendants")[1], on the other hand, through their respective counsel, as follows:

1. The Parties reached a settlement, and completed execution of a confidential agreement memorializing the settlement (the "Settlement Agreement") on September 11, 2012 (the "Effective Date").

2. The Settlement Agreement provides for certain obligations to be completed within 150 days after the Effective Date.  Pursuant to the Settlement Agreement, once these obligations are completed, the Parties will file either a stipulation for dismissal with prejudice of the entire action (the "Dismissal") or a stipulation for entry of a money judgment (the "Judgment") against certain of the Defendants.  Accordingly, there will be no need for further discovery, motion practice or a trial in this action.

3. In light of the foregoing, the Parties stipulate and respectfully request that the Court order as follows:

    a. All case management dates, including, but not limited to, the trial date, be vacated.

    b. The above-entitled action be kept open on inactive status for six (6) months from the Effective Date, during which time the Parties will either (a) file the Dismissal, or (b) file the Judgment.

4. The Court's preliminary injunction order of March 21, 2012 (Dkt. 101) remains in

---

[1] Plaintiffs and Defendants are referred to collectively as the "Parties."

force according to its terms until either the Dismissal is filed with the Court or the Judgment is filed and entered by the Court.

**IT IS SO STIPULATED.**

Dated: September 14, 2012                    MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ Dennis R. Murphy
    DENNIS R. MURPHY
    MICHAEL R. O'NEIL
    PETER A. AUSTIN
    Attorneys for Defendants
    J&M DISPLAYS, INC.; HI-TECH FX LLC;
    MARK JOHNSON; and BRIAN PANTHER

Dated: September 14, 2012                    GREENBERG TRAURIG, LLP


By: /s/ Jennifer M. Holly
    KURT A. KAPPES
    JENNIFER M. HOLLY
    Attorneys for Plaintiffs
    PYRO SPECTACULARS, INC.; PYRO
    SPECTACULARS NORTH, INC.; and PYRO
    EVENTS, INC.

Dated: September 14, 2012                    SHERIDAN LAW CORPORATION


By: /s/ Susan J. Sheridan
    SUSAN J. SHERIDAN
    HEATHER R. MESSENGER
    Attorneys for Defendant
    STEVEN SOUZA

**ORDER**

Based upon the stipulation and the request of the parties:

1. All case management dates, including, but not limited to, the trial date, are hereby vacated.

2. The above-entitled action shall remain open on inactive status up until March 11, 2013. Before that date, the parties shall file with the Court either (a) the Dismissal, or (b) the Judgment.

3. The Court's preliminary injunction order of March 21, 2012 (Dkt. 101) remains in force according to its terms until either the Dismissal is filed with the Court or the Judgment is filed and entered by the Court.

**IT IS SO ORDERED.**

Dated: October 2, 2012                   /s/ Gregory G. Hollows

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO VACATE ALL CASE MANAGEMENT DEADLINES AND THE TRIAL DATE 2:12-CV-00299-GGH